# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JERRY L. BERG,** ) | |
| ) | |
| **Plaintiff/** ) | |
| **Counterclaim Defendant,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 12-1123-KHV |
| **JON L. FROBISH, et al.,** ) | |
| ) | |
| **Defendants/** ) | |
| **Counter Claimants.** ) | |
| _____) | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On March 13, 2013, Magistrate Judge Kenneth G. Gale issued a report and recommendations with respect to plaintiff's Motion For Emergency Preliminary Injunction For Order To Compel Budget, Records And Access To Meetings Or For A Writ Of Mandamus (Doc. #115) filed November 21, 2012. Magistrate Judge Gale recommended that this Court deny plaintiff's motion as both redundant and moot. See Memorandum And Order And Report & Recommendations (Doc. #203) filed March 13, 2013. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(a), Fed. R. Civ. P., plaintiff had 14 days to file a written objection. Plaintiff has not done so. For this reason, and for substantially the reasons stated by Magistrate Judge Gale, the Court **ADOPTS** the Report and Recommendations (Doc. #203) in their entirety.

**IT IS THEREFORE ORDERED** that the Memorandum And Report & Recommendations (Doc. #203) filed March 13, 2013 be and hereby are adopted in their entirety.

**IT IS FURTHER ORDERED** that plaintiff's Motion For Emergency Preliminary Injunction For Order To Compel Budget, Records And Access To Meetings Or For A Writ Of Mandamus (Doc. #115) filed November 21, 2012, be and hereby is **OVERRULED**.

Dated this 3rd day of July, 2013, at Kansas City, Kansas.

                                                s/ Kathryn H. Vratil
                                                KATHRYN H. VRATIL
                                                United States District Judge